UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(AMENDED)

Mr. Wesley Alexander Hooks

Write the full name of each plaintiff.

21 CV 10771

(Include case number if one has been assigned)

NOT Compared with Copy file

-against-

The City of New York, The New York City

Police Department,Police Officer Tara A.

Convery,Shield # 4290, Ralph Garcia,

Kenmore & Associates LP. "ETAL" (See Attachments)

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?  ☑ Yes  ☐ No

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 25 PM 1:01

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

(18 U.S.C. 11.404)(U.S.C. 25 11.448)(U.S.C. 1570)(18 U.S.C.471)

(18 U.S.C. 1505)(18 U.S.C.1519)(18 U.S.C. Section 2 Brown PC)

(18 U.S.C. 2236)(18 U.S.C. Chapter 119,2510)(18 U.S.C. 242)

(18 U.S.C. 1512)(42 U.S.C. 1395dd)(18 U.S.C.1513)(18 U.S.C.1701)

## B.   If you checked Diversity of Citizenship          (See Attachment...)

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **Wesley Alexander Hookr**_____, is a citizen of the State of
              (Plaintiff's name)

New Jersey_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK  (AMended)

(Continue; Federal Constitutional or Statutory Rights Violation(s)

21 CV 10771
NOT Compared
With Copy file

"Mr. Wesley Alexander Hooks"

(18 U.S.C. 245)(18 U.S.C.2474)(18 U.S.C. 2511)(18 U.S.C.249)18USC 2261A

(18 U.S.C. 2533)(18 U.S.C. 1708 – 1701)(18 U.S.C.1001)(28 U.S.C.509B)

(U.S.C.1519)(21 U.S.C. 2261A)(21 U.S.C. 841)(18 U.S.C.1038)(18 U.S.C.–

2384)(18 U.S.C.241)(18 U.S.C. 241)(42 U.S.C.1985)(18 US.C.35)

(18 U.S.C.1621)(U.S.C.1692d)(5 U.S.C.552A)(U.S.C.2520)

(18 U.S.C.2)(U.S.C.956)(18 U.S.C.1746)(18 U.S.C. 7A)(U.S.C.2533)

28 US Code 509B/18 USC 2517/18 USC 1001

18 USC 1623/18 US Code 798/26 USC 7213

47 USC 222/18 USC 3161/18 USC 3163(a)/

5 USC 552 a/18 USC 1623/USC 1692 b

34 USC 12601/

(Amended) 21CV10771
NOT Compared
with copy file

If the defendant is an individual:

The defendant, _Stephen Edwards_ s a citizen of the State of
(Defendant's name)

_New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Stephen Edwards_, is incorporated under the laws of
the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York_

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Wesley | A. | Hooks |
|---|---|---|
| First Name | Middle Initial | Last Name |

15-17 Gifford Ave  Apt. #1 E
Street Address

| Jersey City, | New Jersey | 07304 |
|---|---|---|
| County, City | State | Zip Code |

| 212-470-1187/202-372-5747 | XXXXXXXX |
|---|---|
| Telephone Number | Email Address (if available) |

( See Attachments...)

Page

If the defendant is an individual:

The defendant, _Corporation Counsel_, is a citizen of the State of
                (Defendant's name)

_New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Corporation Counsel_, is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Mr. _Wesley_          _A._          _Hooks_
First Name            Middle Initial    Last Name

_1517  Gifford Avenue  Apt. 1E_
Street Address

_Jersey City_          _NJ_          _07304_
County, City           State          Zip Code

_212-470-1187 / 917-600-0105_
Telephone Number                     Email Address (if available)

If the defendant is an individual:

The defendant, _1 Police Plaza_____, is a citizen of the State of
                  (Defendant's name)

_New York_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _1 Police Plaza_____, is incorporated under the laws of

the State of _New York_____

and has its principal place of business in the State of _New York_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York_____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Mr. Wesley_____ _A._____ _Hooks_____
First Name                Middle Initial        Last Name

_1517  Gifford Avenue  Apt. 1E_____
Street Address

_Jersey City_____ _NJ_____ _07304_____
County, City                State           Zip Code

_212-470-1187 / 917-600-0105_____ _____
Telephone Number                  Email Address (if available)

If the defendant is an individual:

The defendant, _Tara A. Convery, #4290_ , is a citizen of the State of
(Defendant's name)

_New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Tara A. Convery #4290_ , is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _New York City Police_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York_ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Mr. Wesley_          _A._               _Hooks_
First Name          Middle Initial      Last Name

_1517   Gifford Avenue   Apt. 1E_
Street Address

_Jersey City_          _NJ_          _07304_
County, City          State          Zip Code

_212-470-1187 / 917-600-0105_          _____
Telephone Number                       Email Address (if available)

If the defendant is an individual:

The defendant, _The 13th Precinct_ , is a citizen of the State of
(Defendant's name)

_New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _the 13th Precinct_ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York Police department_

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Mr. Wesley_  _A._  _Hooks_
First Name        Middle Initial        Last Name

_1517  Gifford Avenue  Apt. 1E_
Street Address

_Jersey City_        _NJ_        _07304_
County, City        State        Zip Code

_212-470-1187 / 917-600-0105_        _____
Telephone Number        Email Address (if available)

If the defendant is an individual:

The defendant,   Ralph Garcia _____, is a citizen of the State of
                 (Defendant's name)

_____ New York _____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant,   Ralph Garcia _____, is incorporated under the laws of

the State of   New York _____

and has its principal place of business in the State of _____ New York _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in   New York _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Wesley              A.            Hooks
First Name          Middle Initial    Last Name

15-17 Gifford Ave   Apt. #1 E
Street Address

Jersey City,          New Jersey         07304
County, City          State              Zip Code

212-470-1187/202-372-5747       XXXXXXX
Telephone Number                Email Address (if available)

Page

If the defendant is an individual:

The defendant,   Adam   Neal _____ , is a citizen of the State of
               (Defendant's name)

        New York _____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant,   Adam Neal _____ , is incorporated under the laws of

the State of   New York _____

and has its principal place of business in the State of   New York _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in   New York _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Wesley | A. | Hooks |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 15-17 Gifford Ave   Apt. #1 E | | |
|---|---|---|
| Street Address | | |

| Jersey City, | New Jersey | 07304 |
|---|---|---|
| County, City | State | Zip Code |

| 212-470-1187/202-372-5747 | XXXXXXXX |
|---|---|
| Telephone Number | Email Address (if available) |

Page

Defendant

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: The 13th Precinct 230 East 21st Street N.Y. N.Y.

Date(s) of occurrence: Febuary 16th 2020 thru Now, December 13th 2021...

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I, Wesley Alexander Hooks, was falsely arrested and kidnapped On Febuary 16th 2020 by the New York City Police Department Police Detective "Tara A.Convery" of the Special Victims Squad Shield 4290 Thereafter, I walked into the 13Th Precinct to"execute My Order of Protection" Against my ex-girl friend "Chantal Myrick"., I was told by one Policer "Pena" and a desk Sgt.( John Doe/Jane Doe          ) that there was a "Bench Warrent" since 1981, for "My Arrest". I had shown P.O. Pena Videos of my ex- Chantal Myrick Threating to Kill me several times, extorting and trying to "Blackmail me,On Video" but to no avail, I was falsely arrested and Kidnapped by The NYPD. I was released R.O.R. The Judge John Doe    , said for me to go and Check Out The said Warrent, inwhich I did and The Brookly Clerk said to My Face, "They,meaning, NYPD, Knew that You Already did Time for this said Warrent" And So do I,

(See Attachments...)

Page

Facts:
Page#2

(Amended)

21 CV 10771

NOT Compared
With Copy file

I Wesley Alexander Hooks, Am demanding a
Trial within 14 days of Service to all parties
Mention in my claim.

the City of New York, the New York City Police
department Police officer Tara A. Convery
Shield Number 4290, The 13th Pricint, Ralph
Garcia, Kenmore + Associates L.P. Jamie
Nisknanen - Singer, Adam Neal, Stephen
Edwards, All of which have made my life
a living hell... by Knowingly, Willingly,
Voluntarily, illegally, violating my Civil
rights, my Constitutional Rights, my Human
rights.

the New York City Police department
Detective Tara A. Convery Shield 4290
Along side Ralph Garcia Came into my
Apartment at 145 East 23rd street Apt 21E
New York, N.Y. 10010 durning the Pandamic
While I was at my friend Horace Bradford
Place in Jersey City NJ, And illegally
Searched Seized and deleted evidence
From my Flash drives, my Portable hard
drives, and my laptops, the New York

( See Attached )

Facts:

Page #3

21CV10771

City Police department, detective Tara
a. Convery Shield #290, Ralph Garcia
illegally entered my apt 21E and took
evidence from my Personal Property
With Out any Search Warrant and
that evidence Could Clearly Vindacate
me of all allege wrong doing by my
said ex Chantal Myrick...

I Confronted Ralph Garcia and his
Security officers and asked Did the
New York City Police Produce a
Search Warrant to Search my
apt. Unit 21E and if So, I'd like a
Copy of the Warrant? Ralph Garcia
and his Staff denied that the New
York City Police ever came into my
apartment, Also I'd like to Note that
Ralph Garcia is a retired New York
City Police Lieutenant., My Next door
Neighbor Robert (Doe) last Name
Unknown, told me that He had see the
Police come into my apartment Several
times durning the Pendamic of 2000

(See Attached)

21 CV 10771

Facts:
Page # 4

ON OR abouts april of 2020 and then again in May of 2020.

The New York City Police department have been illegally Wiretapping All of my Cell Phones as well as my roommates Horace Reggie Bradford Cellphone since Febuary 2020 and Not allowing myself Nor my room-mate Horace Bradford to Make any Calls to obtain my own Attorney for my defense.

The New York City Police department have been redirecting all of my Calls rewriting messages and have totally destroyed 22 cellphones, New Cellphones, Not including the two (2) Cell phones inWhich the New York Police Canficated at the 13th Pct. When they falsely Arrested me and Kidnapped me on Febuary 16th 2020. Each time I buy a New Cellphone the NYPd Would Clone Phones and have full Control of all of my Social Media
(See Attached)

21cv10771

Facts;
Page # 5

Pages, and e mails, facebook,
Instagram, Whatsapp, Skype,
youtube, Twitter, Linkin etc. etc.
Whenever I (Wesley Alexander)
Hooks, Would try to email or Message
anyone for help, the New York City
Police department would redirect
all of my calls, and if by chance
I would run into anyone that I
tried to message, that person
Would tell me that they tried to
call me several times and leave
Messages but I Never received
any calls Nor any Messages, as
a Matter of fact I can Not even
Check for my Voice Messages
because the New York City Police
department Changed the pass Codes
to my Voice Messages, this has
been going on Since febuary 16th
2020 24/7 to this very day
January 23rd 2022

( See Attachment )

21CV10771

facts:
Page 16

Now since my false arrest court appointed Legal-Aid Attorney Jamie Niskanen-Singer, insist to have Confidential Conversation via phone Thereafter. I had informed him that the New York City Police are wiretapping my cell phones, Jamie Niskanen-Singer claim the district Attorney (John Doe) doesn't know that my cell phones are being tapped for any reason. I had asked Jamie Niskanen-Singer not to come to me with a plea offer because We are going to trial... the district attorney offered me one year as if it was a Cheese Sandwich, one year in Jail for leaving my ex alone, and if I go to Trial and lose, I can only get one year Max. and Jamie Niskanen-Singer Waved my rights to a Jury Trial and with out my consent.

(See Attached)

21 CV 10771

Facts:
Page # 7

I asked Jamie Niskanen-Singer
Why did he wave my 6th and 7th
Amendment to a Jury trial and
he said why are you mad at me?
I said Mr. Singer Who authorized
a NON-Jury trial? You waved
my Constitutional rights to a Jury
Trial when I was very clear
about going to trial and Jamie
Niskanen-Singer, tried to convince
me that only 6 Jurior was Needed!
All of my Civil rights and
Constitutional rights and human
rights are being Violated by
Jamie Niskanen-Singer, The
Legal-Aid Society, the New York
City Police department, detective
Tara A. Convery Shield # 290
Ralph Garcia Kenmore & Associates
Adam Neal, Stephen Edwards
Are being Violated NoN stop since
Febuary 16th 2020

(See Attachment)

Facts!
Page # 8

I Looked up detective Tara A.
Convery Shield #290 and Just as
I expected, She has done This
Several times to other Men,
She just didn't think that She'd
be Caught... Each time any Woman
Comes around me and exchand
Phone numbers, the New York City
Police department Would block
My Numbers via that Women's
Cell Phone, Even if I didn't know
that Person, the New York City Police
department Would illegally Wiretap
His/Her Cellphones at tax Payers
expense.
The New York City Police departmenet
does not like that I filed a civil
Suit against them... Notice: I've
been Using a Vintage Typewriter?
Because I am not allowed to go
on line, Nor Use any Library type-
the New York City Police have
an R.P.B. on Me...
                    (see Attached)

Facts
Page # 9

21CV10771

I tried To contact Several
Attorneys via email and using
Some one else's Phone and emails
However, the N.Y.Pd have been using
my voice and facial recognition To
Track my every Move as if I am
Some Soot of drug dealer of or
Terrorist.
I Started Writing letters to the U.S.
Attorney General and the federal
bureau of Investigation in
Washington D.C. the New York City
Police department told the U.S. Postal
Service that I am under investigation
therefore, all of my Out going and
incoming mail must first be Photo
graphed Sent to the Police depart-
ment there the New York City Police
department will decide if the
Postal Service Should release my
mail or Not. this information was
giving To me via Post master at the
Main Post office at 69 Montgomery
( See Attachment )

21CV10771

Facts:
Page # 10

Street Jersey City NJ. Name of Person upon Courts request.

On or abouts July 2021 my room-mate Horace Bradford and I took our daily walks to Lincon Park in Hudson County, upon or return to to Horace Bradford's apartment at 1517 Gifford Ave Apt.#1E Jersey City, NJ 07304 We entered the apartment and immedately Notice that some one or Some Persons had been in the apartment, I didnt bother Calling the Police because I already Knew that it was the New York City Police department by what was Missing... both of my Portable flash drives was missing a All of the flash drives had been deleted. the New York City Police department came across state lines to Commit More Crimes to destroy More evidence. this is not only sad but a disgrace to all good Cops!
See Attachment

21CV10771

Facts:
Page#11
     Our Place Was a total reck...
I have evidence To Place Several
New York City Police officers in
the apartment at 1517 Gifford Ave
apt. 1E. Upon the Courts request!

Fast forward, I was assigned an
18B Attorney Adam Neal, Mr. Neal
Met up with me across the street
from Criminal Court 100 Centre St.
Where I Wesley Alexander Hoses
Gave Mr. Adam Neal a flash drive
With Several Videos of my ex
Chantal Myrick threating to kill me
trying to Blackmail me and Extort
me for money, After two Months
Adam Neal Met me at Court and
I asked Mr. Neal did he see the
Vides, and Adam Neal Said To me
Very Scandalously - Yeah and handed
me some documents then asked me
"If he Adam Neal Can get the Judge,
To give me Probation, Would I take it?"
          (See Attachments)

21CV10771

Facks:
Page#12

I was disgusted and felt betrayed
yet again. Mr. Adam Neal Clearly
Showed Me Civil Conspircy on
My behalf. When I tried to Speak
with the Judge (John Doe) Adam
Neal Kept interrupting me and
in Open Court, Adam Neal said
"They are Not going to listen to
you,/ I Wesley Alexander Hoeks
Demanded to Speak with the F.B.I
Adam Neal Continue to Act as
My Attorney and I said "Who
are You? You are not representing
Me, Please Stay away from me,
Everytime I Come to Court I
am being Charge With Something
else?
I haven't been able to Contact
Several of my Children for
Nearly two (2) years now. When
Will the City of New York and the
New York City Police department
learn their lession?

(See Attachment)

21 CV 10771

Facts;
Page # 13

ON OR about the week of November
15th thru the 19th 2021 I Wesley
Alexander Hooks received a Call from
an Unknown Number I answered
the Call and it Turned Out To be
Yet another Said Court appointed
Attorney Name Stephen Edwards
Mr. Stephen Edwards Said that the
Courts had appointed him as my
defense Attorney, I Wesley Alexander
Hooks, Said Okay, Mr. Stephen Edwards
immediately informed Stephen Edwards
that the New York City Police have
been Wiretapping all of my legal
and Personal Phone Conversations
Stephen Edwards replied by Saying
"So I dont Care and Proceeded To
ask Me Confidencial Questions
Concerning my Case Over the Phone
"Outstanding Red Flag".
I asked Mr. Edwards When are
we going To Meet and Mr. Edwards
Said that he will return from his—

(See Attachment)

21CV10771

Facts!
Page # 14

Vacation on the 24th of December of 2021 ... I did not hear from Mr. Stephen Edwards until 2 days before my Schedule on January 19th 2022, I met Mr. Stephen Edwards at Criminal Court January 19 2022 Where the Judge (John Doe) Set a Trial date for Febuary 9th 2022

I tried to have a Civil Conversation with Stephen Edwards in the Hall way of Part D and Stephen Edwards Started Yelling at me from the Top of his lungs, as if I was his Child + discussing my case While there were Several People in the Hallways of the Courts, Saying that he Can not get my evidence from the Previous Attorneys - Jamie Niskanen - Singer and Adam Neal, After Mr Edwards lied to me and said My Former Attorney Adam Neal had emailed him Some evidence! Really?

(See Attachment )

Facts!
Page # 15

21CV10771

Mr. Stephen Edwards clearly displayed unprofessionalism as a said Counselor as to make matters worse, I Wesley Alexander Hooks, handed Court appointed Attorney Stephen Edwards, hard copy evidence, in which clearly shows that detective Tara A. Convery Shield #290 falsified documents and Mr. Stephen Edwards rebutting my evidence right in the hallway of the Courts with several strangers looking with disbelief. I have every reason to believe that Mr. Stephen Edwards have been briefed by the New York City Police the district Attorney's office, because the Courts knows that I have fild a mayor lawsuit against the New York City police department and all previously mentioned via my claims and facts in which the parties involved have conspired against me and furthermore, Mr. Stephen Edwards doesn't have any good reviews concerning his said track records with defending clients with Criminal Cases pending.
(See Attachment)

Facts
Page # 16

21CV10771

I Mr. Wesley Alexander Hooks, Am demanding
a Jury Trial and that The City of New York,
The New York City, Police department, detective
Tara A. Convery Shield number 4290, Ralph
Garcia, Kenmore & Associates LP, The 13th
Pct., Jamie Niskanen-Singer, Adam Neal
and Stephen Edwards, All of Which
be brought to Justice to the fullest
extent of the Law for Destroying
my Life and my family and friend
Horace Bradford's Life. Whom had
absoultly nothing to do with All the false
Allegations brought upon me for the Pass
23 Months. I Wesley Alexander Hooks
Am, demanding to be Compensated for
All the extreme Pain, heartache, Suffering
Mental and Physical as well as Punitive
damages in Which All of the above
Mentioned has Caused Myself, my roommate
Horace Bradford for 23½ Months straight
Non-Stop 24/7 Until this day of January
24th 2022.

Injuries;                           21 CV 10771

I Wesley Alexander Hooks and my roommate Horace Bradford, have not been able to go online due to The New York City Police department abuse of Power and abuse of Authority, Since Febuary 16th 2020. my self Wesley Alexander Hooks and my roommate Horace Bradford, have not been able to log into any site such as, Making doctor's appointments, renewing Our State identification, Section 8 Program. and all of Our passcodes have been changed facebook, Instagram, Whatsapp, Skype, linkin etc. etc, We, my roommate Horace Bradford and I are both Two (2) walking dead men...
This whole ordeal has caused me a great deal of Pain and Suffering due to The New York City Police department, the City of New York detective Tara A. Convery Ralph Garcia Kenmore + Associates L.P. Jamie Niskanen-Singer the Legal-Aid Society, Adam Neal the 13th P.C.T. Stephen Edwards illegal Activities And So called Misconduct. My family, my grandchildren, great grand have all Suffered beyond belief, All involved Should be held fully accountable for their actions.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| January 22th 2022 | Wesley A. Hooks |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Wesley | A. | Hooks |
| First Name | Middle Initial | Last Name |

| | |
|---|---|
| 15 17 Gifford Avenue | Apartment 1E |
| Street Address | |

| | | |
|---|---|---|
| Jersey City, | NJ | 07304 |
| County, City | State | Zip Code |

| | |
|---|---|
| 212 470-1187/ 917 600-0105 | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.