UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY ALEXANDER HOOKS,

        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

        Defendants.

21-CV-10771 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's letter (Dkt. 50), notice of motion (Dkt. 51), and declaration (Dkt. 52), together with Exhibits A-G. The Court construes these documents as plaintiff's opposition to the motions to dismiss filed by defendants Niskanen-Singer, Legal Aid Society, and City of New York, and as a cross-motion for the appointment of a special prosecutor, the entry of a default judgment, and other relief. In order to conserve resources and promote efficiency, it is hereby ORDERED that the deadline for these defendants to file their optional reply papers in support of their pending motions to dismiss, as well as any opposition to plaintiff's cross-motion, is EXTENDED to **August 22, 2022.**

    To the extent plaintiff seeks an order compelling discovery (*see* Dkt. 50 at 3), that branch of his motion is DENIED, in that no Rule 26(f) conference has occurred and no discovery schedule has been set. For avoidance of doubt, discovery in this action is hereby STAYED pending resolution of the motions to dismiss.

Dated: New York, New York
       July 21, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**