UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY ALEXANDER HOOKS,

                Plaintiff,

    - against -

THE CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-10771 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants should provide the court with courtesy copies of all fully briefed motions.

SO ORDERED.

Dated:    New York, New York
           September 13, 2022

                                        John G. Koeltl
                                  United States District Judge