UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESLEY ALEXANDER HOOKS,

           Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

           Defendants.

21-cv-10771 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court construes the plaintiff's motion, ECF No. 68, as a motion for summary judgment. The defendants may respond to the motion by **October 7, 2022**. The plaintiff may reply by **October 28, 2022**.

SO ORDERED.
Dated:    New York, New York
           September 16, 2022

                                          John G. Koeltl
                                    United States District Judge