UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESLEY ALEXANDER HOOKS,

                Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-10771 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants should provide the Court with courtesy copies of the two pending fully briefed motions to dismiss, available at ECF Nos. 34, 45.

SO ORDERED.

Dated:    New York, New York
            September 16, 2022

                                        John G. Koeltl
                             United States District Judge