UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOOKS,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-10771 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendants should file a response to the plaintiff's motion for the appointment of special counsel (ECF No. 72) along with their response to ECF No. 68 by October 7, 2022. Plaintiff may reply by October 28, 2022.

SO ORDERED.

Dated:    New York, New York
             September 28, 2022

                                      John G. Koeltl
                                United States District Judge