```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

WESLEY ALEXANDER HOOKS,

                Plaintiff,        21-cv-10771 (JGK)

    - against -             ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------------------

JOHN G. KOELTL, District Judge:

    In a Report and Recommendation dated June 28, 2022, see ECF No. 42, Magistrate Judge Barbara Moses recommended striking the counterclaim brought by the defendant Stephen W. Edwards, which sought sanctions against the pro se plaintiff in this action pursuant to Rule 11 of the Federal Rules of Civil Procedure. The time to file objections to that Report and Recommendation has long since passed, and no objections were filed. In any event, the Report and Recommendation is well-founded, and the Court adopts it. Therefore, the counterclaim for Rule 11 sanctions by Edwards (ECF No. 15, ¶¶ 16-19) is dismissed.

    The Clerk is respectfully directed to mail a copy of this Order to the plaintiff and to the pro se defendant Edwards.

SO ORDERED.

Dated:    New York, New York
           November 16, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge