**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**WESLEY ALEXANDER HOOKS,**

                    **Plaintiff,**                    **21-cv-10771 (JGK)**

          **- against -**                    <u>**ORDER**</u>

**CITY OF NEW YORK, ET AL.,**

                    **Defendants.**

---

The summons and amended complaint in this action were served on the defendant Adam Neal on February 8, 2022. <u>See</u> ECF Nos. 7, 13. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was on March 1, 2022. The time to answer was subsequently extended to April 15, 2022, <u>see</u> ECF No. 18, then to May 15, 2022, <u>see</u> ECF No. 27, and then to June 17, 2022, <u>see</u> ECF No. 33.

The time for the defendant Adam Neal to respond to the amended complaint is extended to **January 13, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The address that the Court currently has on file for the defendant Adam Neal is 106 West 32nd Street, New York, New York, 10001. However, the docket indicates that as of August 1, 2022, all mailings sent by this Court to that street address have been returned as undeliverable. Accordingly, the Court respectfully directs the Clerk to mail a copy of this Order to the defendant

Adam Neal's West 32nd Street address and also to his alternative
business address, 170 Old Country Road, Suite 600, Mineola, New
York 11501. In addition, the Clerk is directed to mail a copy of
this Order to the pro se plaintiff.

**SO ORDERED.**

Dated:    New York, New York
          November 16, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge