**Memo Endorsement on page 2**

Case: 1:21 - cv - 10771  JGK  BCM Filed 1/3/2023

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Wesley Alexander Hooks
_Write the full name of each plaintiff or petitioner._

Case No. 21 CV 10771

-against-

The City of New York, ET AL,

NOTICE OF MOTION

RULE 41.

"DISMISSAL OF ACTION"

_Write the full name of each defendant or respondent._

PLEASE TAKE NOTICE that I, Plaintiff, Wesley Alexander Hooks
_plaintiff or defendant_   _name of party who is making the motion_

requests that the Court: Plaintiff, Submitting Rule 41. Dismissal Of Action., (a) Voluntary Dimissal. (1) By Plaintiff., (A) Without a Court Order. Subject to Rules 23(e),23.1(c),23.2 and 66 and any applicable federal Statue,...

_Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know._

In support of this motion, I submit the following documents (check all that apply):

- ☒ a memorandum of law
- ☒ my own declaration, affirmation, or affidavit
- ☒ the following additional documents:

1/13/2023
Dated

Signature

Wesley Alexander Hooks
Name

XXXXXXXXXXXXXXXXXXXX
~~Prison Identification # (if incarcerated)~~

15-17 Gifford Avenue    Jersey City  NJ  07304
Address                 City         State Zip Code

917-600-0105/212-470-1187
Telephone Number (if available)

XXXXXXXXXXXXXXXXX
~~Email Address (if available)~~

1

**SO ORDERED.** *See Farkash v. Five Star Travel Inc.*, No. 18 Civ. 03699 (ALC), 2019 WL 4600956, at *2 (S.D.N.Y. Sept. 23, 2019) ("Ordinarily, when a plaintiff files [] a notice [of voluntary dismissal] the case is immediately closed. . . . Generally, plaintiffs will be bound by the filing of such submissions, regardless of whether the submissions were filed *pro se.*"), *aff'd*, 841 F. App'x 278 (2d Cir. 2021); *see, e.g., Graham Kandiah, LLC v. J.P. Morgan Chase Bank, N.A.*, No. 08 Civ. 6956 (JGK), 2009 WL 1704570, at *3-4 (S.D.N.Y. Jun. 18, 2009) (denying *pro se* plaintiff's request for relief from a judgment resulting from a Rule 41(a) notice of voluntary dismissal, as "a *pro se* party may not be excused for failing to consult a Federal Rule of Civil Procedure that clearly states the consequences of taking or failing to take a particular action" (citing *Edwards v. Immigr. and Naturalization Serv.*, 59 F.3d 5, 8 (2d Cir. 1995) ("*[P]ro se* litigants generally are required to inform themselves regarding procedural rules and to comply with them."))); *Dicks v. Chow*, 114 F. App'x 44, 45 (2d Cir. 2004) (rejecting plaintiff's request that the court "reverse the [dismissal of the action stemming from plaintiff's Rule 41(a) notice] and allow the proceedings" to move forward (alterations omitted)).

**The Clerk of Court is directed to terminate Defendants The City of New York, Police Officer Tara A. Convery, Ralph Garcia, Kenmore & Associates LP, Adam Neal, Jamie Niskanen-Singer, and The Legal Aid Society from this action.**

**In light of Defendant Adam Neal's termination from this action, his motion to dismiss (ECF No. 94) is DENIED as moot. The Clerk of Court is directed to terminate ECF No. 94.**

**The Clerk of Court is further directed to mail a copy of this Order to *pro se* Plaintiff Wesley Hooks and to *pro se* Defendant Adam Neal.**

**SO ORDERED.**

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: July 18, 2023