UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY ALEXANDER HOOKS,<br><br>        Plaintiff,<br><br>    -v.-<br><br>THE CITY OF NEW YORK, et al.,<br><br>        Defendants. | 21 Civ. 10771 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On January 13, 2023, Plaintiff filed a motion for the recusal of the Honorable John G. Koeltl. ECF Nos. 91-92. Later that day, this case was reassigned to this Court. Accordingly, the motion for recusal is DENIED as moot.

  The Clerk of Court is directed to terminate ECF No. 91. The Clerk of Court is further directed to mail a copy of this Order to *pro se* Plaintiff.

  SO ORDERED.

Dated: August 22, 2023
    New York, New York

                         _____
                         JENNIFER H. REARDEN
                         United States District Judge