```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY ALEXANDER HOOKS,

                      Plaintiff,

-against-

STEPHEN EDWARDS,

                      Defendant.

21-CV-10771 (MMG) (BCM)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any date, deadline, conference, or oral argument before or directed by Magistrate Judge Moses will proceed as ordered, and any application related to those matters should continue to be directed to Magistrate Judge Moses. *Pro se* Plaintiff Hooks and *pro se* Defendant Edwards must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    The Clerk of Court is respectfully directed to mail this Order, along with the Court's Individual Rules & Practices, to *pro se* Plaintiff Hooks and *pro se* Defendant Edwards. The Court notes that, according to his attorney registration with the state, Defendant Edwards' correct mailing address appears to be **100** Ocean Parkway, Suite 2B, Brooklyn, NY 11218, rather than **10** Ocean Parkway (*see* Dkt. Entry at 10/24/23), and the mailing should be sent to that address. Accordingly, the Clerk of Court is respectfully directed to correct Defendant Edwards' address on the docket and include a copy of Judge Rearden's Order at Docket No. 115 in the mailing to Defendant Edwards at the apparently correct address.

Dated: April 18, 2024
       New York, New York

                                                               SO ORDERED.

                                                               MARGARET M. GARNETT
                                                               United States District Judge